IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

UNITED STATES OF AMERICA,

vs.

JESS LEGARZA,

DEFENDANT.

DOCKET NO.   0979 3:23CR00270-001-SI

REENTRY COURT - VIOLATION

You have been found in violation. Accordingly, the Reentry Court Team imposes the following sanction(s):

☐ Judicial reprimand in open Court today.

☐ Attend all Reentry Court proceedings.

☐ Complete a written assignment regarding _____. Due _____.

☐ Participate in ___ additional prosocial activity each week. Record the additional activity on your support activities log.

☐ Complete ___ hours of community service work as directed by the probation officer. To be completed by ____.

    ☐ Regular CSH      ☐ Directed CSH      ☐ Road Crew

☐ Report daily to the Probation Officer in person or as directed.

☐ Complete a ___ hour sit sanction in the Probation Office, to include a journaling assignment. Due _____.

☒ Comply with the following curfew restrictions or home confinement:

    ☐ **Curfew** - You are restricted to your residence every day, from the hours of _____ to _____. These hours may be adjusted to conform to an employment schedule at the discretion of the probation officer.

    ☒ **Home Detention** -You are restricted to your residence at all times, except for employment, education, religious services, medical treatment, mental health or substance abuse treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the probation officer, for 120 days.

    ☐ **Home Incarceration** - You are restricted to your residence at all times, except for medical necessities, court appearances, or other activities specifically pre-approved by the Court. Unless otherwise specified by the Court, your participation in the location monitoring program will be monitored using technology approved by the probation officer, which may include radio frequency (RF) monitoring, GPS monitoring, or voice recognition. You must follow the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the Court or the probation officer.

☐ You must participate in an alcohol monitoring testing program as directed by the probation officer, for a period of up to 120 days, as a means of verifying compliance with alcohol abstinence. You must pay all or part of the costs of alcohol monitoring as determined by the probation officer, and you must pay any costs associated with lost or damaged testing equipment.

☐ You must participate in a substance abuse treatment or alcohol abuse treatment program, which may include inpatient treatment, and follow the rules and regulations of that program. The probation officer will obtain the authorization of the Court before requiring residential or inpatient treatment pursuant to this condition. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The program may include urinalysis testing to determine if you have used drugs or alcohol. You must not attempt to obstruct or tamper with the testing methods.

☐ You must reside in and participate in the program at a residential reentry center for not more than 120 days, to be released at the direction of the probation officer. You must follow the rules and regulations of the center that may include location monitoring.

☒ Serve Jail Sanction from Thursday, March 7, 2024, to release on Monday March 11, 2024. The defendant is remanded to the custody of the United States Marshal and shall remain in custody at a Federal Detention Center or other facility as determined by the United States Marshal. Upon receiving notification from the U.S. Probation Officer, the United States Marshal shall release the defendant to the U.S. Probation Officer.

☐ Termination from the Reentry Court Program.

☐ Changes in current treatment:

☐ Other:

Respectfully submitted,

by *Diana Leiseth* Digitally signed by Diana Leiseth
Date: 2024.03.07 10:56:42 -08'00'
Diana Leiseth
Senior U.S. Probation Officer

Approved,

by Malinda Andersen Digitally signed by Malinda Andersen
Date: 2024.03.07 10:18:17 -08'00'
Malinda Andersen
Assistant Deputy Chief U.S. Probation Officer

**DATED** this ____7th____ day of March, 2024.

_____
The Honorable Stacie F. Beckerman
U.S. Magistrate Judge